[No. 12529-7-III.   Division Three.   October 28, 1993.]

LUCILE W. RING, ET AL, *Appellants*, v. DAN HENDERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-00863-0, Stephen M. Brown, J., entered May 22, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney, J., and Cooper, J. Pro Tem.

[No. 12305-7-III.   Division Three.   October 28, 1993.]

JOSEPH S. SCHWINDT, ET AL, *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-00131-1, Larry M. Kristianson, J., entered February 28, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Sperline, J. Pro Tem.

[No. 12362-6-III.   Division Three.   October 28, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER KATHALINE REED, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-8-01364-7, James M. Murphy, J., entered March 17, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Sperline, J. Pro Tem.

[No. 12373-1-III.   Division Three.   October 28, 1993.]

*In the Matter of the Personal Restraint of*
JOHN R. WHITFILL, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J. Pro Tem.